# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2016

## NO. 03-16-00454-CV

### R. D. and S. C., Appellants

**v.**

### Texas Department of Family and Protective Services, Appellee

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the final decree of termination signed by the district court on June 28, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's final decree of termination but that there was error requiring correction. Therefore, the Court modifies the district court's final decree of termination to reflect the proper citation for the fourth statutory ground for termination found by the jury, which is Texas Family Code, Section 161.001(b)(1)(O). The Court affirms the final decree of termination as modified. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.